Joseph J. Boyle, Esq.  (JB 5036)
Paul L. Kattas, Esq.     (PK 6222)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff
Deutsche Bank Trust Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK TRUST CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Number 05 CV 7122 (JES)<br><br>ECF CASE |

PLAINTIFF DEUTSCHE BANK TRUST CORPORATION'S

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Deutsche Bank Trust Corporation ("Plaintiff"), hereby certifies that Deutsche Bank A.G., a publicly held corporation, owns more than ten percent of its stock.

Dated: August 9, 2005

KELLEY DRYE & WARREN LLP

By: _____
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
Attorneys for Plaintiff
Deutsche Bank Trust Corporation

NY01/TORMC/1038422.1